IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GEORGIA M. THERIAULT,

      Plaintiff,

v.                                 No. 14-1350

NLC SERVICING, INC., *et al.*,

      Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING CASE
_____

This action was brought by the *pro se* Plaintiff, Georgia M. Theriault, on December 29, 2014. On April 21, 2015, the United States Magistrate Judge recommended the case be dismissed. (D.E. 6.) No objection to the magistrate judge's report and recommendation has been filed and the time for such objection has expired.[1]

The Court has carefully reviewed the report and recommendation and the relevant materials in the file and finds the recommendation correct in all respects. Accordingly, the report and recommendation is ADOPTED as the order of the Court and this matter is DISMISSED.

IT IS SO ORDERED this 12th day of May 2015.

                                s/ J. DANIEL BREEN
                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1]The docket reflects that the report and recommendation mailed to Theriault at the address she provided to the Court was returned as "undeliverable."